IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TINNEKKIA M. WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | CV 20-49-BLG-SPW-TJC<br><br>**ORDER LIFTING STAY** |

The Court having ordered a stay in proceedings until the record was filed. (Docs. 6-8.) It appears the Administrative Record has since been filed (Doc. 9). Therefore,

IT IS ORDERED that the stay is LIFTED and this action will resume pursuant to L.R. 78.2.

DATED this 21st day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge