UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TINNEKKIA MARIE WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV-20-049-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 20), the Commissioner's decision is AFFIRMED, and Williams' motion for summary judgment (Doc. 14) is DENIED.

    Dated this 20th day of May 2022.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Heidi Gauthier
                                Heidi Gauthier, Deputy Clerk